JMM:CCC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ROBERT LEE HOUSTON,
    also known as "Trilogy,"

        Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(18 U.S.C. § 922(g)(1))

FILED
IN CLERK'S OFFICE
DISTRICT COURT EDNY

★ JAN 12, 2012 ★

LONG ISLAND OFFICE

EASTERN DISTRICT OF NEW YORK, SS:

    GREGORY C. KIES, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about January 11, 2012, within the Eastern District of New York, the defendant ROBERT LEE HOUSTON, also known as "Trilogy," having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: a Yamamoto shotgun and ammunition.

    (Title 18, United States Code, Section 922(g)(1)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I have been conducting an investigation into the distribution of marijuana by the Bloods street gang in Bay Shore, New York and surrounding communities on Long Island. During the course of its investigation of this matter, the FBI and the Suffolk County Police Department ("SCPD") received information from a confidential informant ("CI"), who has proven to be reliable, indicating that the defendant ROBERT LEE HOUSTON, also known as "Trilogy," was residing at 65 Redington Street, Bay Shore, New York 11706 (the "SUBJECT PREMISES"), and using that address as a base of operations to distribute drugs.

2. As a result of this information, and evidence corroborating that information, Special Agent Sean J. Tumulty applied for a search warrant for the SUBJECT PREMISES. On January 11, 2012, the Honorable E. Thomas Boyle, United States Magistrate Judge for the Eastern District of New York, approved a search warrant for the SUBJECT PREMISES, which was executed by the FBI and the SCPD also on January 11, 2012.

3. During the search of the SUBJECT PREMISES pursuant to the search warrant, the FBI found approximately two scales and drug packaging materials. In addition, the FBI found a shotgun

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

under the mattress of the defendant's bed in his bedroom. Stamped on the barrel of the shotgun is the following: Yamamoto Firearms Manufacturing Company, Kochi, Japan. The FBI also found 16 rounds of 12 gauge Remington ammunition, 22 rounds of 12 gauge Federal ammunition, one round of .444 caliber Marlin ammunition and three .444 caliber Marlin casings.

4. The defendant ROBERT LEE HOUSTON, also known as "Trilogy," was arrested, and advised of his <u>Miranda</u> rights, which he agreed to waive. In response to subsequent questioning, the defendant stated, in sum and substance, that the shotgun that the FBI found in his bedroom was his. He also stated that he had a second gun, which he recently sold to another individual. Further, the defendant admitted to being a member of the Bloods but said that he was not an active member. Moreover, the defendant admitted that, since the summer of 2010, he has been selling marijuana. He stated that he sells approximately a quarter of an ounce of marijuana every couple of days.

5. I have reviewed criminal history records for the defendant ROBERT LEE HOUSTON, also known as "Trilogy," which reveal that he has been convicted of at least the following crimes: on November 30, 1998, the defendant was convicted upon a plea of guilty in Suffolk County, New York of Robbery in the Third Degree, in violation of New York Penal Law 160.05, a Class D Felony, and sentenced to one year in jail, and on November 15,

2000, the defendant was convicted upon a plea of guilty in Suffolk County, New York of Attempted Assault in the First Degree, in violation of New York Penal Law 120.10, a Class C Felony, and sentenced to six years in jail.

6. I have spoken to an ATF interstate nexus expert and have determined that the above-mentioned weapon and ammunition were manufactured outside the State of New York.

WHEREFORE, your deponent respectfully requests that the defendant ROBERT LEE HOUSTON, also known as "Trilogy," be dealt with according to law.

_____
GREGORY K. KIES
Special Agent
Federal Bureau of Investigation

Sworn to before me this
12th day of January, 2012

E. Thomas Boyle, MJ

_____
HONORABLE E. THOMAS BOYLE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK